IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONTE SMITH<br>DEBTOR | Chapter 13<br><br>17-003244<br><br>Motion to Extend Time to File |

**MOTION FOR EXTENSION OF TIME**

1. Debtor filed an emergency petition in Chapter 13 bankruptcy on August 5, 2017.

2. Debtor filed his bankruptcy to prevent his utilities from being shut off.

3. Debtor is still working on his paperwork and Counsel needs time to update Debtor's paperwork and review it with him.

4. This is Debtor's first request for an extension.

5. Debtor is asking for an extension until August 31, 2017 to file all remaining paperwork.

WHEREFORE, Debtor respectfully requests this Honorable Court grant her an extension until February 25, 2017.

Date: 8/19/2017

Respectfully Submitted:
/s/ Dawn M. Cutaia

Supreme Court ID 77965
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONTE SMITH<br>DEBTOR | Chapter 13<br><br>17-003244<br><br>Motion to Extend Time to File |

**ORDER**

Upon consideration of the Debtor's Motion to Extend Time, said Motion is hereby GRANTED and the Debtor is given an extension until August 31, 2017, to file all remaining documentation.