IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONTE SMITH<br>DEBTOR | Chapter 13<br><br>17-003244<br><br>Motion to Extend Time to File |

**MOTION FOR EXTENSION OF TIME**

1. Debtor filed an emergency petition in Chapter 13 bankruptcy on August 5, 2017.

2. Debtor filed his bankruptcy to prevent his utilities from being shut off.

3. Debtor requested an extension to file his outstanding paperwork and Debtor's request was granted and he was given until August 31, 2017.

4. Debtor's paperwork is complete, but Debtor had to reschedule his appointment with Counsel to review it because of work commitments.

5. Debtor has an appointment with Counsel on September 1, 2017 to review his paperwork.

6. Debtor is asking for a second brief extension, until September 4, 2017, to file all remaining paperwork.

WHEREFORE, Debtor respectfully requests this Honorable Court grant him an extension until September 4, 2017.

Date: 8/31/2017

Respectfully Submitted:
/s/ Dawn M. Cutaia

Supreme Court ID 77965
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONTE SMITH<br>DEBTOR | Chapter 13<br><br>17-003244<br><br>Motion to Extend Time to File |

**ORDER**

Upon consideration of the Debtor's Motion to Extend Time, said Motion is hereby GRANTED and the Debtor is given an extension until September 1, 2017, to file all remaining documentation.