```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                     Case No. 17-03244-HWV
Donte Eugene Smith                                         Chapter 13
          Debtor                **CERTIFICATE OF NOTICE**

```
District/off: 0314-1        User: CGambini         Page 1 of 1          Date Rcvd: Sep 01, 2017
                            Form ID: pdf010        Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2017.
db            +Donte Eugene Smith,    2830 Fiesta Drive,    York, PA 17403-9745
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                      TOTAL: 0
```

```
         ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com,  dehartstaff@pamd13trustee.com
          Dawn Marie Cutaia   on behalf of Debtor Donte Eugene Smith dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          James  Warmbrodt   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                        TOTAL: 4
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

DONTE SMITH
        DEBTOR

Chapter 13

17-003244

Motion to Extend Time to File

## ORDER

Upon consideration of the Debtor's Motion to Extend Time (the "Motion"), it is hereby

ORDERED that the Motion is GRANTED and the Debtor is given an extension until September

4, 2017, to file all remaining documentation.

By the Court,

Henry W. Van Eck, Bankruptcy Judge

(KB)

Dated: September 1, 2017