IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONTE SMITH<br>DEBTOR | Chapter 13<br><br>17-003244<br><br>Motion to Redact |

**MOTION TO REDACT**

1. Debtor filed an emergency petition in Chapter 13 bankruptcy.

2. Debtor's remaining paperwork was filed on September 4, 2017.

3. Due to a technical glitch with Counsel for Debtor's bankruptcy software, Counsel had to create the PDF document of Debtor's Schedules manually and didn't remember to remove the Social Security Statement.

4. As such, the Social Security Statement was filed with the other documents and is Docket Number 21.

5. Debtor wishes for this Social Security Statement to be redacted.

WHEREFORE, Debtor respectfully requests this Honorable Court grant his request to redact his Social Security Statement.

Date: 9/6/2017

Respectfully Submitted:
/s/ Dawn M. Cutaia

Supreme Court ID 77965
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONTE SMITH<br>DEBTOR | Chapter 13<br><br>17-003244<br><br>Motion to Extend Time to File |

**ORDER**

Upon consideration of the Debtor's Motion to Extend Time, said Motion is hereby GRANTED and the Social Security Statement (Docket Number 21) is redacted.