```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-03244-HWV
Donte Eugene Smith                                                  Chapter 13
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-1          User: karendavi          Page 1 of 2          Date Rcvd: Sep 08, 2017
                              Form ID: ntnew341        Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2017.
```
db            +Donte Eugene Smith,    2830 Fiesta Drive,    York, PA 17403-9745
4954184      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Mabt/contfin,    121 Continental Dr Ste 1,    Newark DE 19713)
4954174       +Cbcs,   Po Box 275,    Columbus OH 43216-0275
4954175        Chase Home Mortgage,    P.o. Box 24696,    Columbus OH 43224-0696
4954176       +Chase Mortgage,    3415 Vision Dr,    Columbus OH 43219-6009
4954177       +Chase Mortgage,    Po Box 24696,    Columbus OH 43224-0696
4954173        Department of Revenue,    1 Revenue Place,    Harrisburg PA 17129-0001
4954180       +Fair Collections & Outsourcing,    12304 Baltimore Ave Suite E,    Beltsville MD 20705-1314
4954181       +Fair Collections & Outsourcing,    12304 Baltimore Ave Ste,    Beltsville MD 20705-1314
4954182        Lexus Financial Services,    Ox 4102 Carol Stream, Il 60197-4102,    Carol Stream IL 60197
4954185       +Mariner Finance,    8211 Town Center Dr,    Nottingham MD 21236-5904
4954191       +Pioneer Capital Soluti,    300 E Main St Ste 306,    Anoka MN 55303-2468
4954195      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor credit Corp,     Po Box 8026,    Cedar Rapids IA 52408)
4954196        Toyota Motor credit Corp,    Po Box 8029,    Cockeysville MD 21030
4954171       +York Adams Tax Claim Bureau,    PO BOX 15627,    York PA 17405-0156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4954179       +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 08 2017 18:51:55
                Credit Collections Svc,    725 Canton St,    Norwood MA 02062-2679
4954178       +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 08 2017 18:51:55
                Credit Collections Svc,    Po Box 773,    Needham MA 02494-0918
4954172        E-mail/Text: cio.bncmail@irs.gov Sep 08 2017 18:51:27     IRS Centralized Insolvency Oper.,
                Post Office Box 7346,    Philadelphia PA 19101-7346
4954183       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 08 2017 18:55:36
                LVNV Funding/Resurgent Capital,    Po Box 10497,    Greenville SC 29603-0497
4954186       +E-mail/Text: bankruptcy@firstenergycorp.com Sep 08 2017 18:51:40     Met Ed,
                c/o First Energy Corp,    76 South Main Street,    Akron OH 44308-1812
4954188       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 08 2017 18:51:38     Midland Funding,
                2365 Northside Dr Ste 30,    San Diego CA 92108-2709
4954187       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 08 2017 18:51:38     Midland Funding,
                Attn: Bankruptcy,    Po Box 939069,    San Diego CA 92193-9069
4954190       +E-mail/PDF: cbp@onemainfinancial.com Sep 08 2017 18:50:02     Onemain Financial,
                6801 Colwell Blvd,    Irving TX 75039-3198
4954189       +E-mail/PDF: cbp@onemainfinancial.com Sep 08 2017 18:50:02     Onemain Financial,
                Attn: Bankruptcy,    Po Box 3251,    Evansville IN 47731-3251
4954192        E-mail/Text: colleen.atkinson@rmscollect.com Sep 08 2017 18:51:57      Receivable Management Inc,
                7206 Hull Rd,    Ste 211,    Richmond VA 23235
4954193       +E-mail/Text: colleen.atkinson@rmscollect.com Sep 08 2017 18:51:57      Receivable Management Inc,
                7206 Hull Street Rd Ste,    North Chesterfield VA 23235-5826
                                                                                             TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4954194        Securityplus Federal C
                                                                                  TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2017 at the address(es) listed below:
        Charles J DeHart, III (Trustee)     TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
        Dawn Marie Cutaia    on behalf of Debtor Donte Eugene Smith dmcutaia@gmail.com,
         cutaialawecf@gmail.com;r46159@notify.bestcase.com
        James    Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         bkgroup@kmllawgroup.com
        United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                 TOTAL: 4

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Donte Eugene Smith
Debtor(s)

Chapter 13

Case No. 1:17−bk−03244−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: October 12, 2017<br>Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17108
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: karendavis, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: September 8, 2017