# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DONTE SMITH | CASE NO: 17-003244 |
| | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE** |
| | Chapter: 13<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 9/13/2017, I did cause a copy of the following documents, described below,

motion to redact,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 9/13/2017

/s/ Dawn M. Cutaia
Dawn M. Cutaia  77965
Cutaia Law, LLC
115 E. Philadelphia St
York, PA  17401
717 304 1841
cutaialaw@gmail.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DONTE SMITH | CASE NO: 17-003244 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 9/13/2017, a copy of the following documents, described below,

motion to redact,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/13/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Cutaia Law, LLC
Dawn M. Cutaia
115 E. Philadelphia St
York, PA 17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1 LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-17-BK-03244-HWV
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
TUE SEP 12 16-18-22 EDT 2017

2 CBCS
PO BOX 275
COLUMBUS OH 43216-0275

3 CHASE HOME MORTGAGE
PO BOX 24696
COLUMBUS OH 43224-0696

4 CHASE MORTGAGE
3415 VISION DR
COLUMBUS OH 43219-6009

5 CHASE MORTGAGE
PO BOX 24696
COLUMBUS OH 43224-0696

6 CREDIT COLLECTIONS SVC
725 CANTON ST
NORWOOD MA 02062-2679

7 CREDIT COLLECTIONS SVC
PO BOX 773
NEEDHAM MA 02494-0918

*EXCLUDE*
8 ~~DAWN MARIE CUTAIA~~
~~CUTAIA LAW LLC~~
~~115 EAST PHILADELPHIA STREET~~
~~YORK~~
~~YORK PA 17401-2437~~

9 CHARLES J DEHART III TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

10 DEPARTMENT OF REVENUE
1 REVENUE PLACE
HARRISBURG PA 17129-0001

11 FAIR COLLECTIONS OUTSOURCING
12304 BALTIMORE AVE STE
BELTSVILLE MD 20705-1314

12 FAIR COLLECTIONS OUTSOURCING
12304 BALTIMORE AVE SUITE E
BELTSVILLE MD 20705-1314

13 IRS CENTRALIZED INSOLVENCY OPER
POST OFFICE BOX 7346
PHILADELPHIA PA 19101-7346

14 LVNV FUNDINGRESURGENT CAPITAL
PO BOX 10497
GREENVILLE SC 29603-0497

15 LEXUS FINANCIAL SERVICES
OX 4102 CAROL STREAM IL 601974102
CAROL STREAM IL 60197

16 CONTINENTAL FINANCE COMPANY LLC
PO BOX 8099
NEWARK DE 19714-8099

17 MARINER FINANCE
8211 TOWN CENTER DR
NOTTINGHAM MD 21236-5904

18 MET ED
CO FIRST ENERGY CORP
76 SOUTH MAIN STREET
AKRON OH 44308-1812

19 MIDLAND FUNDING
2365 NORTHSIDE DR STE 30
SAN DIEGO CA 92108-2709

20 MIDLAND FUNDING
ATTN BANKRUPTCY
PO BOX 939069
SAN DIEGO CA 92193-9069

21 ONEMAIN FINANCIAL
6801 COLWELL BLVD
IRVING TX 75039-3198

22 ONEMAIN FINANCIAL
ATTN BANKRUPTCY
PO BOX 3251
EVANSVILLE IN 47731-3251

23 PIONEER CAPITAL SOLUTI
300 E MAIN ST STE 306
ANOKA MN 55303-2468

24 RECEIVABLE MANAGEMENT INC
7206 HULL RD
STE 211
RICHMOND VA 23235

25 RECEIVABLE MANAGEMENT INC
7206 HULL STREET RD STE
NORTH CHESTERFIELD VA 23235-5826

26 SECURITYPLUS FEDERAL CREDIT UNION
7135 WINDSOR BOULEVARD
BALTIMORE MD 21244-2706

*DEBTOR*
27 DONTE SMITH
2830 FIESTA DRIVE
YORK PA 17403-9745

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
28 TOYOTA MOTOR CREDIT CORPORATION      29 UNITED STATES TRUSTEE                30 JAMES WARMBRODT
PO BOX 8026                             228 WALNUT STREET SUITE 1190            701 MARKET STREET SUITE 5000
CEDAR RAPIDS IA 52408-8026              HARRISBURG PA 17101-1722                PHILADEPHIA PA 19106-1541


31 YORK ADAMS TAX CLAIM BUREAU
PO BOX 15627
YORK PA 17405-0156
```