```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                              Case No. 17-03244-HWV
Donte Eugene Smith                                                  Chapter 13
        Debtor                     CERTIFICATE OF NOTICE

District/off: 0314-1          User: TWilson              Page 1 of 2                  Date Rcvd: Nov 15, 2017
                              Form ID: ntnoshow          Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2017.
db             +Donte Eugene Smith,    2830 Fiesta Drive,    York, PA 17403-9745
4954184       ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Mabt/contfin,    121 Continental Dr Ste 1,    Newark DE 19713)
4954174        +Cbcs,   Po Box 275,    Columbus OH 43216-0275
4954175        +Chase Home Mortgage,    P.o. Box 24696,   Columbus OH 43224-0696
4954176        +Chase Mortgage,    3415 Vision Dr,   Columbus OH 43219-6009
4954177        +Chase Mortgage,    Po Box 24696,   Columbus OH 43224-0696
4954173         Department of Revenue,    1 Revenue Place,    Harrisburg PA 17129-0001
4954180        +Fair Collections & Outsourcing,    12304 Baltimore Ave Suite E,    Beltsville MD 20705-1314
4954181        +Fair Collections & Outsourcing,    12304 Baltimore Ave Ste,    Beltsville MD 20705-1314
4989655        +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
                 ATTN: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,   Monroe, LA 71203-4774
4954182         Lexus Financial Services,    Ox 4102 Carol Stream, Il 60197-4102,    Carol Stream IL 60197
4954185        +Mariner Finance,    8211 Town Center Dr,    Nottingham MD 21236-5904
4989269         Pinnacle Credit Services, LLC its successors and,    assigns as assignee of SKEEZIX, Inc.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
4954191        +Pioneer Capital Soluti,    300 E Main St Ste 306,    Anoka MN 55303-2468
4954195       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    4 Gatehall Dr No 350,
                 Parsippany, NJ   07054)
4985317        +Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3002,    Dept MVS,
                 Malvern  PA 19355-0702
4954171        +York Adams Tax Claim Bureau,    PO BOX 15627,    York PA 17405-0156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4954179        +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 15 2017 18:59:17
                 Credit Collections Svc,    725 Canton St,    Norwood MA 02062-2679
4954178        +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 15 2017 18:59:17
                 Credit Collections Svc,    Po Box 773,    Needham MA 02494-0918
4954172         E-mail/Text: cio.bncmail@irs.gov Nov 15 2017 18:58:41     IRS Centralized Insolvency Oper.,
                 Post Office Box 7346,    Philadelphia PA 19101-7346
4988904         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2017 19:02:10
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
4954183        +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2017 19:02:10
                 LVNV Funding/Resurgent Capital,    Po Box 10497,    Greenville SC 29603-0497
4990242        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 15 2017 18:58:58     MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
4954186        +E-mail/Text: bankruptcy@firstenergycorp.com Nov 15 2017 18:59:02     Met Ed,
                 c/o First Energy Corp,    76 South Main Street,    Akron OH 44308-1812
4954188        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 15 2017 18:58:58     Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego CA 92108-2709
4954187        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 15 2017 18:58:58     Midland Funding,
                 Attn: Bankruptcy,    Po Box 939069,   San Diego CA 92193-9069
4954190        +E-mail/PDF: cbp@onemainfinancial.com Nov 15 2017 19:02:16     Onemain Financial,
                 6801 Colwell Blvd,    Irving TX 75039-3198
4954189        +E-mail/PDF: cbp@onemainfinancial.com Nov 15 2017 19:02:17     Onemain Financial,
                 Attn: Bankruptcy,    Po Box 3251,    Evansville IN 47731-3251
4968054        +E-mail/Text: colleen.atkinson@rmscollect.com Nov 15 2017 18:59:19
                 Patient First c/o Receivables Management Systems,    PO Box 8630,   Richmond, VA 23226-0630
4954192         E-mail/Text: colleen.atkinson@rmscollect.com Nov 15 2017 18:59:19      Receivable Management Inc,
                 7206 Hull Rd,    Ste 211,   Richmond VA 23235
4954193        +E-mail/Text: colleen.atkinson@rmscollect.com Nov 15 2017 18:59:19      Receivable Management Inc,
                 7206 Hull Street Rd Ste,    North Chesterfield VA 23235-5826
4954194         E-mail/Text: EBN@securityplusfcu.org Nov 15 2017 18:58:36     Securityplus FCU,    PO Box 7560,
                 Baltimore, MD  21207-0560
4968550         E-mail/Text: EBN@securityplusfcu.org Nov 15 2017 18:58:36     Securityplus Federal Credit Union,
                 7135 Windsor Blvd,    Baltimore, MD 21244
                                                                                             TOTAL: 16

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4954196*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    4 Gatehall Dr No 350,
                 Parsippany, NJ   07054)
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Donte Eugene Smith dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 4
```

ntnoshow (03/15)

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Donte Eugene Smith  Debtor(s) | Chapter | 13 |
| --- | --- | --- |
| | Case No. | 1:17−bk−03244−HWV |

## Notice

The Court intends to dismiss the Case.

The court docket reflects that the debtor(s) has/have failed to appear at the meeting of creditors required under Section 341 of the Bankruptcy Code. Section 343 of the Code provides that debtor(s) shall appear at the meeting and submit to examination under oath by creditors, the case trustee, and other interested parties. The failure of debtor(s) to appear at the meeting constitutes cause for dismissal.

Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **December 6, 2017**. If the debtor(s) oppose(s) this dismissal, debtor(s) must file an objection with the Court, on or before **December 6, 2017**, and explain why debtor(s) failed to appear at the creditors' meeting on each occasion the meeting was scheduled by the Court. If no timely objection is filed, an Order will be entered.

| **Address of the Bankruptcy Clerk's Office:**  U.S. Bankruptcy Court  Ronald Reagan Federal Building  228 Walnut St, Rm 320  Harrisburg, PA 17101−1737  (717) 901−2800 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: TWilson, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 15, 2017 |