IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | 1:17-bk-03244-HWV |
| | : | |
| DONTE EUGENE SMITH | : | Chapter 13 |
| | : | |

Objection to Trustee's Motion to Dismiss

AND NOW, this 6th day of December, 2017, the Debtor, Donte Eugene Smith, by and through his attorney, Dawn M. Cutaia, files this Objection to Trustee's Motion to Dismiss and states the following:

1. Debtor filed a Chapter 13 Bankruptcy Petition.

2. Debtor missed two Meetings of the Creditors and the Trustee filed a Motion to Dismiss.

3. Debtor's failure to attend his Meetings of the Creditors was not intentional, nor was is done to delay his case, but was merely an oversight.

4. Debtor understands that if the Court allows him one more opportunity to attend his 341 he must attend.

WHEREFORE, Debtor respectfully request this Honorable Court deny the Trustee's Motion to Dismiss.

Date: 12/6/2017

Respectfully Submitted:
/s/ Dawn M. Cutaia

Supreme Court ID 77965
Attorney for Debtor
115 E. Philadelphia St.
York, PA 17401
(717)304-1841
dmcutaia@gmail.com