IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONTE SMITH<br>　　　　DEBTOR | Chapter 13<br><br>17-003244<br><br>Motion to Extend Time to Pay Filing Fee |

## MOTION FOR EXTENSION OF TIME

1. Debtor filed an emergency petition in Chapter 13 bankruptcy on August 5, 2017.

2. Debtor filed his bankruptcy to prevent his utilities from being shut off.

3. Debtor also filed a request to pay the filing fee in monthly installments.

4. Debtor forgot to pay his installments and his filing fee due date passed on December 3, 2017.

5. Debtor has been in contact with Counsel regarding the filing fee and has indicated that he can pay the filing fee in full by January 1, 2018.

WHEREFORE, Debtor respectfully requests this Honorable Court grant him an extension to pay the filing fee until January 1, 2018.

Date: 12/14/2017　　　　　　　　　　　　Respectfully Submitted:
　　　　　　　　　　　　　　　　　　　　/s/ Dawn M. Cutaia

　　　　　　　　　　　　　　　　　　　　Supreme Court ID 77965
　　　　　　　　　　　　　　　　　　　　Attorney for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DONTE SMITH<br>          DEBTOR | Chapter 13<br><br>17-003244<br><br>Motion to Extend Time to Pay Filing Fee |

## **ORDER**

Upon consideration of the Debtor's Motion to Extend Time, said Motion is hereby GRANTED and the Debtor is given an extension until January 1, 2018, to pay his filing fee in full.