In re:                                                              Case No. 17-03244-HWV
Donte Eugene Smith                                                  Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DGeorge          Page 1 of 1          Date Rcvd: Dec 15, 2017
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2017.
db              +Donte Eugene Smith,    2830 Fiesta Drive,    York, PA 17403-9745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Dawn Marie Cutaia    on behalf of Debtor 1 Donte Eugene Smith dmcutaia@gmail.com,
          cutaialawecf@gmail.com;r46159@notify.bestcase.com
          James  Warmbrodt    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DONTE SMITH | Chapter 13 |
|        DEBTOR | |
| | 17-003244 |
| | Motion to Extend Time to Pay Filing Fee |

## ORDER

Upon consideration of the Debtor's Motion to Extend Time, said Motion is hereby

GRANTED and the Debtor is given an extension until January 1, 2018, to pay his filing fee in

full.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Bankruptcy Judge

(KB)

Dated: December 15, 2017