IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Donte Eugene Smith**<br>　　　　　　　　Debtor<br><br>**JPMorgan Chase Bank, National Association**<br>　　　　　　　　Movant<br>　　vs.<br><br>**Donte Eugene Smith**<br>　　　　　　　　Debtor<br><br>**Charles J. DeHart, III Esq.**<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 17-03244 HWV<br><br><br><br><br><br>11 U.S.C. Section 362 |

### ANSWER TO MOTION OF JPMorgan Chase Bank, National Association FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted. By way of further answer, Debtor is prepared to amend his plan to provide for conduit payments.

8. Admitted.

9. Admitted in part; Denied in part. Debtor signed a Stipuation with the Trustee to cure the arrears and he will be filing a wage attachment motion.

10. Not response necessary as this is a request for relief.

WHEREOFRE, Debtor respectfully requests this Honorable Court deny the relief requested and permit Debtor to amend his plan and roll in post-petition arrears with conduit payments.

Respectfully Submitted,

By:　/s/ Dawn M. Cutaia
Supreme Court ID 77965
Attorney for Debtor
115 E. Philadelphia Street
York, PA 17401
cutaialaw@gmail.com
717-304-1841