```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                Case No. 17-03244-HWV
Donte Eugene Smith                                                    Chapter 13
         Debtor               CERTIFICATE OF NOTICE
District/off: 0314-1          User: TWilson              Page 1 of 2              Date Rcvd: Feb 27, 2018
                              Form ID: ntcnfhrg          Total Noticed: 36
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2018.
```
db             +Donte Eugene Smith,    2830 Fiesta Drive,    York, PA 17403-9745
4999970        +Baltimore Gas and Electric Co,    PO Box 1475,    Baltimore, MD 21203-1475
4954184       ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Mabt/contfin,     121 Continental Dr Ste 1,    Newark DE 19713)
4954174        +Cbcs,   Po Box 275,    Columbus OH 43216-0275
4954175         Chase Home Mortgage,    P.o. Box 24696,    Columbus OH 43224-0696
4954176        +Chase Mortgage,    3415 Vision Dr,    Columbus OH 43219-6009
4954177        +Chase Mortgage,    Po Box 24696,    Columbus OH 43224-0696
4954173         Department of Revenue,    1 Revenue Place,    Harrisburg PA 17129-0001
4954181        +Fair Collections & Outsourcing,     12304 Baltimore Ave Ste,    Beltsville MD 20705-1314
4954180        +Fair Collections & Outsourcing,     12304 Baltimore Ave Suite E,    Beltsville MD 20705-1314
4989655        +JPMorgan Chase Bank, National Association,     c/o Chase Records Center,
                 ATTN: Correspondence Mail,    Mail Code LA4-5555,     700 Kansas Lane,    Monroe, LA 71203-4774
4954182         Lexus Financial Services,    Ox 4102 Carol Stream, Il 60197-4102,     Carol Stream IL 60197
4954185        +Mariner Finance,    8211 Town Center Dr,    Nottingham MD 21236-5904
5001678        +Met-Ed,   c/o FirstEnergy,    101 Crawford's Corner Rd,    Bldg #1 Ste 1-511,
                 Holmdel, NJ 07733-1976
4989269         Pinnacle Credit Services, LLC its successors and,    assigns as assignee of SKEEZIX, Inc.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4954191        +Pioneer Capital Soluti,    300 E Main St Ste 306,    Anoka MN 55303-2468
4954195       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,     4 Gatehall Dr No 350,
                 Parsippany, NJ   07054)
4985317        +Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3002,    Dept MVS,
                 Malvern  PA 19355-0702
4954171        +York Adams Tax Claim Bureau,    PO BOX 15627,    York PA 17405-0156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4999303        +E-mail/Text: bnc@atlasacq.com Feb 27 2018 19:12:32     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
4954179        +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 27 2018 19:13:03
                 Credit Collections Svc,    725 Canton St,    Norwood MA 02062-2679
4954178        +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 27 2018 19:13:03
                 Credit Collections Svc,    Po Box 773,    Needham MA 02494-0918
4954172         E-mail/Text: cio.bncmail@irs.gov Feb 27 2018 19:12:36     IRS Centralized Insolvency Oper.,
                 Post Office Box 7346,    Philadelphia PA 19101-7346
4988904         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2018 19:16:37
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4954183        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2018 19:16:38
                 LVNV Funding/Resurgent Capital,    Po Box 10497,    Greenville SC 29603-0497
4990242        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 27 2018 19:12:47     MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
4954186        +E-mail/Text: bankruptcy@firstenergycorp.com Feb 27 2018 19:12:49     Met Ed,
                 c/o First Energy Corp,    76 South Main Street,    Akron OH 44308-1812
4954188        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 27 2018 19:12:47     Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego CA 92108-2709
4954187        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 27 2018 19:12:47     Midland Funding,
                 Attn: Bankruptcy,    Po Box 939069,    San Diego CA 92193-9069
4954190        +E-mail/PDF: cbp@onemainfinancial.com Feb 27 2018 19:10:43     Onemain Financial,
                 6801 Colwell Blvd,    Irving TX 75039-3198
4954189        +E-mail/PDF: cbp@onemainfinancial.com Feb 27 2018 19:10:55     Onemain Financial,
                 Attn: Bankruptcy,    Po Box 3251,    Evansville IN 47731-3251
4968054        +E-mail/Text: colleen.atkinson@rmscollect.com Feb 27 2018 19:13:04
                 Patient First c/o Receivables Management Systems,     PO Box 8630,    Richmond, VA 23226-0630
4954192         E-mail/Text: colleen.atkinson@rmscollect.com Feb 27 2018 19:13:04     Receivable Management Inc,
                 7206 Hull Rd,    Ste 211,    Richmond VA 23235
4954193        +E-mail/Text: colleen.atkinson@rmscollect.com Feb 27 2018 19:13:04     Receivable Management Inc,
                 7206 Hull Street Rd Ste,    North Chesterfield VA 23235-5826
4954194         E-mail/Text: EBN@securityplusfcu.org Feb 27 2018 19:12:33     Securityplus FCU,    PO Box 7560,
                 Baltimore, MD  21207-0560
4968550         E-mail/Text: EBN@securityplusfcu.org Feb 27 2018 19:12:33     Securityplus Federal Credit Union,
                 7135 Windsor Blvd,    Baltimore, MD 21244
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4999255*       +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
4954196*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,     4 Gatehall Dr No 350,
                 Parsippany, NJ   07054)
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Dawn Marie Cutaia    on behalf of Debtor 1 Donte Eugene Smith dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          James    Warmbrodt     on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Donte Eugene Smith<br>Debtor(s) | Chapter | 13 |
| | Case No. | 1:17−bk−03244−HWV |

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor is scheduled for the date indicated below.

**April 11, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: April 18, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 27, 2018 |