**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: DONTE EUGENE SMITH

       Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
       Movant

CASE NO: 1-17-03244-HWV

DONTE EUGENE SMITH

       Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on April 9, 2018, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- amend the plan within 30 days curing arrears.
- file a motion for wage attachment for payment of the regular monthly payment to the trustee within 30 days of stipulation.
- make the regular monthly payments to the trustee during the remaining term of the plan.

As of April 9, 2018, the Debtor(s) is/are $5188.16 in arrears with a plan payment having never been made Sep 25, 2017.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

       Respectfully Submitted,
       /s/ Liz Joyce
       for Charles J. DeHart, III, Trustee
       8125 Adams Drive, Suite A
       Hummelstown, PA 17036
       Phone: (717) 566-6097

Dated: April 9, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   DONTE EUGENE SMITH

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

DONTE EUGENE SMITH

CHAPTER 13

CASE NO: 1-17-03244-HWV

Respondent(s)

**CERTIFICATE OF SERVICE**

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on April 9, 2018.

DAWN MARIE CUTAIA, ESQUIRE
115 EAST PHILADELPHIA STREET
YORK, PA  17401-

DONTE EUGENE SMITH
2830 FIESTA DRIVE
YORK, PA  17403

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce_____
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  April 9, 2018