```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 17-03244-HWV
Donte Eugene Smith                                                  Chapter 13
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-1          User: TWilson                Page 1 of 2            Date Rcvd: Apr 11, 2018
                              Form ID: pdf010              Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
db             +Donte Eugene Smith,    2830 Fiesta Drive,    York, PA 17403-9745
4999970        +Baltimore Gas and Electric Co,    PO Box 1475,    Baltimore, MD 21203-1475
4954184       ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court: Mabt/contfin,     121 Continental Dr Ste 1,    Newark DE 19713)
4954174        +Cbcs,   Po Box 275,    Columbus OH 43216-0275
4954175         Chase Home Mortgage,    P.o. Box 24696,    Columbus OH 43224-0696
4954176        +Chase Mortgage,    3415 Vision Dr,    Columbus OH 43219-6009
4954177        +Chase Mortgage,    Po Box 24696,    Columbus OH 43224-0696
4954173         Department of Revenue,    1 Revenue Place,    Harrisburg PA 17129-0001
4954181        +Fair Collections & Outsourcing,    12304 Baltimore Ave Ste,     Beltsville MD 20705-1314
4954180        +Fair Collections & Outsourcing,    12304 Baltimore Ave Suite E,     Beltsville MD 20705-1314
4989655        +JPMorgan Chase Bank, National Association,     c/o Chase Records Center,
                 ATTN: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
4954182         Lexus Financial Services,    Ox 4102 Carol Stream, Il 60197-4102,    Carol Stream IL 60197
4954185        +Mariner Finance,    8211 Town Center Dr,    Nottingham MD 21236-5904
5001678        +Met-Ed,   c/o FirstEnergy,    101 Crawford's Corner Rd,    Bldg #1 Ste 1-511,
                 Holmdel, NJ 07733-1976
4989269         Pinnacle Credit Services, LLC its successors and,     assigns as assignee of SKEEZIX, Inc.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4954191        +Pioneer Capital Soluti,    300 E Main St Ste 306,    Anoka MN 55303-2468
4954195       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,     4 Gatehall Dr No 350,
                 Parsippany, NJ   07054)
4985317        +Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3002,    Dept MVS,
                 Malvern PA 19355-0702
4954171        +York Adams Tax Claim Bureau,    PO BOX 15627,    York PA 17405-0156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4999303        +E-mail/Text: bnc@atlasacq.com Apr 11 2018 19:15:43      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
4954179        +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 11 2018 19:16:30
                 Credit Collections Svc,    725 Canton St,    Norwood MA 02062-2679
4954178        +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 11 2018 19:16:30
                 Credit Collections Svc,    Po Box 773,    Needham MA 02494-0918
4954172         E-mail/Text: cio.bncmail@irs.gov Apr 11 2018 19:15:46      IRS Centralized Insolvency Oper.,
                 Post Office Box 7346,    Philadelphia PA 19101-7346
4988904         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 11 2018 19:13:33
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4954183        +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 11 2018 19:13:17
                 LVNV Funding/Resurgent Capital,    Po Box 10497,    Greenville SC 29603-0497
4990242        +E-mail/Text: bankruptcydpt@mcmcg.com Apr 11 2018 19:16:04      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
4954186        +E-mail/Text: bankruptcy@firstenergycorp.com Apr 11 2018 19:16:08      Met Ed,
                 c/o First Energy Corp,    76 South Main Street,    Akron OH 44308-1812
4954188        +E-mail/Text: bankruptcydpt@mcmcg.com Apr 11 2018 19:16:04      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego CA 92108-2709
4954187        +E-mail/Text: bankruptcydpt@mcmcg.com Apr 11 2018 19:16:04      Midland Funding,
                 Attn: Bankruptcy,    Po Box 939069,    San Diego CA 92193-9069
4954190        +E-mail/PDF: cbp@onemainfinancial.com Apr 11 2018 19:13:24      Onemain Financial,
                 6801 Colwell Blvd,    Irving TX 75039-3198
4954189        +E-mail/PDF: cbp@onemainfinancial.com Apr 11 2018 19:13:07      Onemain Financial,
                 Attn: Bankruptcy,    Po Box 3251,    Evansville IN 47731-3251
4968054        +E-mail/Text: colleen.atkinson@rmscollect.com Apr 11 2018 19:16:32
                 Patient First c/o Receivables Management Systems,     PO Box 8630,    Richmond, VA 23226-0630
4954192         E-mail/Text: colleen.atkinson@rmscollect.com Apr 11 2018 19:16:32      Receivable Management Inc,
                 7206 Hull Rd,    Ste 211,    Richmond VA 23235
4954193        +E-mail/Text: colleen.atkinson@rmscollect.com Apr 11 2018 19:16:32      Receivable Management Inc,
                 7206 Hull Street Rd Ste,    North Chesterfield VA 23235-5826
4954194        +E-mail/Text: EBN@securityplusfcu.org Apr 11 2018 19:15:43      Securityplus FCU,    PO Box 7560,
                 Baltimore, MD 21207-0560
4968550         E-mail/Text: EBN@securityplusfcu.org Apr 11 2018 19:15:43      Securityplus Federal Credit Union,
                 7135 Windsor Blvd,    Baltimore, MD 21244
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4999255*       +Mariner Finance, LLC,    8211 Town Center Dr,    Nottingham, MD 21236-5904
4954196*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,     4 Gatehall Dr No 350,
                 Parsippany, NJ    07054)
                                                                                        TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018　　　　　　　　　　　　　　　　　Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          D Brian Simpson    on behalf of Creditor    Internal Revenue Service
           USAPAM.Bankr-WilkesBarre@usdoj.gov, CaseView.ECF@usdoj.gov
          Dawn Marie Cutaia    on behalf of Debtor 1 Donte Eugene Smith dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          Internal Revenue Service    John.F.Lindinger@irs.gov
          James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| DONTE EUGENE SMITH | Chapter: 13 |
| Debtor(s) | Case No.: 1-17-bk-03244-HWV |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>vs. | |
| Movant(s) | |
| DONTE EUGENE SMITH | |
| Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor be and it hereby is dismissed.

Dated: April 11, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)

Order Dismissing Case with Parties - Revised 9/17

Case 1:17-bk-03244-HWV    Doc 78    Filed 04/13/18    Entered 04/14/18 00:44:26    Desc
Imaged Certificate of Notice    Page 3 of 3